UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN DE LA CONCHA, on his own
and on behalf of others similarly
situated,

        Plaintiff,
v.                        Case No. 8:12-cv-1520-T-33MAP

AMERICAN MANAGED CARE, LLC,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant American Managed Care, LLC's Suggestion of Bankruptcy (Doc. # 26), which was filed on May 14, 2013. Defendant American Managed Care, LLC filed for protection under Chapter 11 of the United States Bankruptcy Code on May 3, 2013, and has been assigned case number 8:13-bk-05952-KRM.

Due to Defendant's bankruptcy filing and the operation of the automatic stay, this matter is stayed and administratively closed. In addition, the Court notes that it previously stayed and administratively closed the case on May 9, 2013, after Defendant filed a Notice (Doc. # 24) indicating that Universal Health Care, Inc. and American Managed Care, LLC were subject to liquidation proceedings by the Florida Department of Financial Services. (Doc. # 25). The Court's May 9, 2013, Order also imposed the requirement that the parties file status reports on a periodic basis. Id.

The recent bankruptcy filing also requires that this case be stayed and administratively closed. See 11 U.S.C. § 362(a).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The previously imposed stay will continue and no further action will be taken in this case until such time as the bankruptcy court lifts the stay or the stay lapses.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of May, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record